**5**

**Juan G. GALLARDO, Treasurer, Defendant, Appellant, v. LA PLATA TOBACCO COMPANY, Plaintiff, Appellee. SAME v. FAJARDO SUGAR COMPANY. SAME v. SOUTH PORTO RICO SUGAR COMPANY. SAME v. Horace HAVEMEYER et al.**

Circuit Court of Appeals, First Circuit.
November 3, 1927.

Nos. 2052–2054, 2066, 2067, 2069–2080.

Appeals from the District Court of the United States for the District of Porto Rico.

William C. Rigby, of Washington, D. C., J. A. Lopez Acosta, of San Juan, Porto Rico, George C. Butte, Atty. Gen., for appellant.

Nelson Gammans, of New York City, for La Plata Tobacco Co.

David A. Buckley, Jr., of New York City, for Fajardo Sugar Co.

Francis E. Neagle, and Rounds, Dillingham, Mead & Neagle, all of New York City, for South Porto Rico Sugar Co. and Horace Havemeyer and others.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. In view of the decision of the Supreme Court of October 24, 1927, in Smallwood et al. v. Gallardo, Treasurer of Porto Rico, 48 S. Ct. 23, 72 L. Ed. ——, the decrees of the federal District Court of Porto Rico in the above-entitled cases are reversed,

and the cases are remanded to that court, with directions to dismiss for want of jurisdiction, without costs to either party.